**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

KIRK GEE                                                                                                          PLAINTIFF
ADC # 140343

V.                                              4:07CV01144 JLH/HDY

L. CHAMBERS, R.N., Faulkner County
Jail; BOBBY BROWN, Major, Faulkner
County Jail; PORTER, Sgt., Faulkner County
Jail; and C. OLIVER, R.N., Faulkner County Jail                                DEFENDANTS

**ORDER**

The Court, having obtained additional information regarding the whereabouts of Defendant L. Chambers, orders that service be attempted once more upon him. Accordingly, the Clerk of the Court shall prepare summons for this Defendant, and the United States Marshal is directed to serve a copy of the Complaint (docket entry #2), Amended Complaint (docket entry # 14), Second Amended Complaint (docket entry #19), this Order, and summons on Defendant Chambers, at the address provided to the Clerk of the Court and kept under seal, without prepayment of fees and costs or security therefore.

DATED this   16   day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE