IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

KIRK GEE
ADC # 140343                                                                                           PLAINTIFF

V.                                           4:07CV01144 JLH

CHAMBERS *et al.*                                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.  Defendants' Motion for Summary Judgment (docket entry #53) is GRANTED;

2.  Plaintiff's claims are dismissed with prejudice; and

3.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 8th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE